

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| FREEPLAY MUSIC, LLC<br><br>Plaintiff,<br><br>v.<br><br>ACCESS MEDIA INTERNATIONAL, THE WISDOM CENTER, MIKE MURDOCK, PEOPLE UNITED FOR CHRIST, INC., PETER POPOFF, DON STEWART ASSOCIATION, DON STEWART, PAUL LEWIS MINISTRIES and PAUL LEWIS,<br><br>Defendants. | Index No. 09 Civ. 4120 (CM)<br><br>ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS |
|---|---|

## STIPULATED ORDER OF DISMISSAL

Counsel for the parties endorse that Freeplay Music, LLC ("Plaintiff") and each of The Wisdom Center, Mike Murdock, People United For Christ, Inc., Peter Popoff, Don Stewart Association and Don Stewart ("Defendants"), have resolved any and all disputes between them related to this matter and Plaintiff has agreed to dismiss all such claims with prejudice as settled.

Thus, Plaintiff and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a) and based upon the settlement of the parties hereto, to the dismissal of Plaintiff's claims against Defendants in their entirety with prejudice with each party to pay its own fees and costs.

124876:1:ALEXANDRIA

09/23/2009 23:02 FAX 212 715 8000    KLN&F LLP    ☒003

Date: September 22, 2009
NY, NY
SEEN and AGREED

By: ___Christopher Serbagi___
Christopher Serbagi, Esq.
Law Offices of Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582
Attorney for Plaintiff
Freeplay Music, LLC

By: ___CACoL___
Michael S. Oberman (MO 9838)
Christopher A. Colvin (CC 9232)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000,
and
*Of Counsel*
Brewster B. Taylor, Eric G. Wright, Emily H. Smith
Stites & Harbison, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA 22314
Attorneys for defendants The Wisdom Center, Mike Murdock, People United for Christ, Inc., Peter Popoff, Don Stewart Association and Don Stewart

## ORDER

It is therefore ORDERED, that Plaintiff's claims against Defendants are hereby dismissed with prejudice with each party to pay its own fees and costs.

THIS CASE CONTINUES AS TO THE OTHER DEFENDANTS.

So Ordered this 22 day of September, 2009.

___
Hon. Colleen McMahon
United States District Judge

124876.1:ALEXANDRIA