# LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112

FACSIMILE (212) 308-8582
WWW.SERBAGI.COM

COUNSEL
SETH A. AKABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

January 14, 2010

Via First Class Mail
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

Re: <u>Freeplay Music L.L.C. v. Access Media Int'l, et al., Index No. 09 Civ. 4120 (CM)</u>

Dear Judge McMahon:

    I represent the Plaintiff Freeplay Music LLC ("Freeplay") in the above-entitled copyright infringement action. I enclose a courtesy copy of Freeplay's Rule 41(a)(1) Notice of Dismissal as to Defendants Paul Lewis Ministries and Paul Lewis. Freeplay has settled with all the other Defendants. The Court has retained jurisdiction over Access Media pursuant to a consent judgment, but other than that the case is closed.

    Freeplay thanks the Court for its time.

Respectfully Submitted,

Christopher Serbagi

cc: Michael A. Cornman, Esq. (via electronic communication)
Defendant Paul Lewis and Paul Lewis Ministries (via First Class Mail)

**MEMO ENDORSED** Close case

[signed] 1/20/10

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FREEPLAY MUSIC L.L.C.,

                         Plaintiff,              Index No.   09 Civ. 4120 (CM)

                                                     **NOTICE OF DISMISSAL**

       - against -

ACCESS MEDIA INTERNATIONAL, THE WISDOM
CENTER, MIKE MURDOCK, PEOPLE UNITED FOR
CHRIST INC., PETER POPOFF, DON STEWART              **COURTESY COPY**
ASSOCIATION, DON STEWART, PAUL LEWIS
MINISTRIES, and PAUL LEWIS,

                        Defendants.
-----------------------------------------------------------------------x

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Freeplay Music LLC dismisses this action against Defendants Paul Lewis Ministries and Paul Lewis (the "Paul Lewis Defendants"), without prejudice. Leave of Court is not required because the Paul Lewis Defendants have not yet served their answer or filed a motion for summary judgment.

Dated: New York, New York
         January 14, 2010

                                           LAW OFFICES OF CHRISTOPHER SERBAGI

                                           By: _____
                                                Christopher Serbagi, Esq. (CS 7746)
                                                488 Madison Avenue, Suite 1120
                                                New York, New York  10022
                                                Tele: 212-593-2112
                                                Fax: 212-308-8582

                                                Attorney for Plaintiff